**Marquis T. HICKMON, Petitioner,**

v.

**DEFENSE INFORMATION SYSTEMS AGENCY, Respondent.**

No. 00–3263.

United States Court of Appeals, Federal Circuit.

DECIDED: March 14, 2001.

Before NEWMAN, LOURIE, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36